# O'KEKE & ASSOCIATES, P.C.

ATTORNEYS AT LAW
255 LIVINGSTON STREET, 4TH FLOOR
BROOKLYN, NEW YORK 11217
TEL: (718) 855-9595, FAX: (718) 855-9494

August 30, 2011

By Ecf
By First Class Mailing

**The Honorable Sandra L. Townes**
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Morgan v. Nassau County, et al.<br>03-CV-5109 (WDW)(SLT)

Dear Judge:

     I represent plaintiff Caffele Morgan in the above referenced case.  I respectfully write to inform the Court that the remaining parties reached a settlement on the case earlier today.  The Stipulation and Order of Settlement and Discontinuance will be filed with the Court once fully executed by the parties.

     I thank the court for its time and consideration in this matter

     Respectfully Submitted,
     O'keke & Associates, P.C.

     Patrick O'keke, Esq.

**cc./Ecf**

MORRIS DUFFY ALONSO & FALEY
**Attn.: Allyson Lubell, Esq.**
Two Rector Street, 22 Floor
New York, NY 10006